## State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

Decided and Entered:  September 24, 2015          519486
_____

In the Matter of KIMBLE GOWINS,
                    Petitioner,

     v

                                        MEMORANDUM AND JUDGMENT

ANTHONY J. ANNUCCI, as Acting
    Commissioner of Corrections
    and Community Supervision,
                    Respondent.
_____

Calendar Date:  August 10, 2015

Before:  McCarthy, J.P., Garry, Rose and Clark, JJ.

_____

        Kimble Gowins, Romulus, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Peter H.
Schiff of counsel), for respondent.

_____

        Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Washington
County) to review a determination of respondent which found
petitioner guilty of violating certain prison disciplinary rules.

        Determination confirmed.  No opinion.

        McCarthy, J.P., Garry, Rose and Clark, JJ., concur.

ADJUDGED that the determination is confirmed, without costs, and petition dismissed.

ENTER:

Robert D. Mayberger
Clerk of the Court